# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 25, 2004

Before

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DANIEL A. MANION, Circuit Judge

| | |
|---|---|
| CHRISTOPHER PEASE, VINCE VITI, WILLARD BERGE, and MICHAEL GEAR, *Plaintiffs-Appellants,* <br><br> **No.** 04-1928      **v.** <br><br> PRODUCTION WORKERS UNION OF CHICAGO AND VICINITY LOCAL 707; RANDALL INDUSTRIES, INC.; and RANDALL RENTS OF INDIANA, INC., *Defendants-Appellees.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 02 C 6756 <br> James F. Holderman, *Judge.* |

**Order**

The sentence at page 4 of the opinion, reading "Walker testified, without contradiction, that he had been promised when he transferred to the sales position that he could go back to driving if the new job did not pan out." is amended to read: "There was uncontradicted testimony that both Randall and Local 707 assured Walker, before he transferred to the sales position, that he could go back to driving if the new job did not pan out."